IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

URSULA MONROE, et al.,

    Plaintiffs,

vs.                                   CASE NO.: 1:05cv35-SPM/AK

HILTON HOTELS CORP., et al.,

    Defendants.
_____/

**ORDER DENYING MOTION TO CONDUCT EARLY DISCOVERY AS MOOT**

      Pending before the Court is Defendants' Motion to Serve Damages Discovery Prior to the Rule 26 Conference and To Shorten the Time for Responding to Discovery (doc. 4). The parties have since had their Rule 26 conference and submitted a discovery proposal to the court (doc. 9). A Mediation and Scheduling Order will be issued shortly after consideration of the parties' discovery proposal. In the meantime, the Initial Scheduling Order (doc. 8) will control. Based on the foregoing, it is

      ORDERED AND ADJUDGED that Defendants' motion (doc. 4) is denied as moot.

      DONE AND ORDERED this 10th day of May, 2005.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge