IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

URSULA MONROE, et al.,

    Plaintiffs,

vs.                                      CASE NO.: 1:05cv35-SPM/AK

HILTON HOTELS CORP., et al.,

    Defendants.

_____/

## ORDER DIRECTING PLAINTIFF TO RESPOND

Pending before the Court is Defendants' Motion to Dismiss Counts I and II of the Amended Complaint (doc. 7).  Plaintiff has not responded to the motion as required under Northern District of Florida Local Rule 7.1(C).  Under the rule, "[f]ailure to file a responsive memorandum may be sufficient cause to grant the motion."  N.D, Fla. 7.1(C).  The Court will, however, give Plaintiff an additional opportunity to respond.  Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff shall have up to and including May 20, 2005 to respond to the motion to dismiss in accordance with Northern District of Florida Local Rule 7.1(C).

DONE AND ORDERED this 10th day of May, 2005.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge