IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

URSULA MONROE, et al.,

    Plaintiffs,

vs.                      CASE NO.: 1:05cv35-SPM/AK

HILTON HOTELS CORP., et al.,

    Defendants.

_____/

## ORDER EXTENDING TIME TO RESPOND

For good cause shown, Plaintiffs' Consent Motion for Enlargement of Time to File an Answer to Defendant's Motion to Dismiss (doc. 15) is granted. Plaintiffs shall have up to and including June 30, 2005 to file their response to the motion to dismiss

SO ORDERED this 27th day of June, 2005.

        *s/ Stephan P. Mickle*

        Stephan P. Mickle
        United States District Judge