IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

URSULA MONROE, et al.,

      Plaintiffs,

vs.                                                                    CASE NO.: 1:05cv35-SPM/AK

HILTON HOTELS CORP., et al.,

      Defendants.

_____/

## ORDER SUBSTITUTING COUNSEL

Upon consideration of Defendants' Stipulation for Substitution of Counsel and Notice of Appearance (doc. 17),

IT IS ORDERED THAT:  Eric K. Gabriell, Esq. of the law firm of Stearns, Weaver, Miller, et al., is substituted as counsel for Defendants, in the place of Glenn M. Rissman, Esq., and Annette Torres, Esq.  Mr. Rissman and Ms. Torres are relieved of further responsibility in this cause.  All further pleadings in this action directed to Defendants shall be sent to: Eric K. Gabrielle, Esq., Stearns Weaver Miller Weissler Alhadeff &Sitterson, P.A., 200 E. Broward Blvd., Suite 1900, Ft. Lauderdale, FL 33301, email: egabrielle@swmwas.com.

DONE AND ORDERED this 13th day of July, 2005.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge