IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

URSULA MONROE, et al.,

    Plaintiffs,

vs.                                              CASE NO.: 1:05cv35-SPM/AK

HILTON HOTELS CORP., et al.,

    Defendants.

_____/

## ORDER ALLOWING REPRESENTATIVE TO PARTICIPATE BY TELEPHONE

Pending before the Court is Defendant's Expedited Unopposed Motion to Participate at Mediation via Telephone (doc. 27). Defendants explain that their designated corporate representative suffered the death of a loved one and must attend the funeral out of town. He or she therefore cannot participate in mediation, which has been scheduled for October 7, 2005. Another management official is available to participate in mediation as the corporate representative, but can only do so by telephone. Plaintiffs do not object.

Accordingly, for good cause shown, it is

ORDERED AND ADJUDGED:

1.     Defendants' motion (doc. 27) is granted.

2.     Defendants' corporate representative may participate in mediation

by telephone.

    DONE AND ORDERED this 6th day of October, 2005.

                              *s/ Stephan P. Mickle*

                              Stephan P. Mickle
                              United States District Judge