IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

URSULA MONROE, et al.,

    Plaintiffs,

vs.                                    CASE NO.: 1:05cv35-SPM/AK

HILTON HOTELS CORP., et al.,

    Defendants.

_____/

**ORDER EXTENDING TIME TO RESPOND**

Pending before the Court is Plaintiffs' Motion for Extension of Time in Which to Respond to Defendants' Motion for Summary Judgment (doc. 35). The motion is unopposed (doc. 36) and supported by good cause. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The motion (doc. 35) is granted.

2.     Plaintiffs shall have up to and including November 17, 2005 to file and serve their response.

DONE AND ORDERED this 4th day of November, 2005.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge